```
                    UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS


                                    )
UNITED STATES OF AMERICA,           )
                                    )            Criminal Action
          Plaintiff,                )            No. 17-10305-ADB
                                    )
v.                                  )
                                    )
JOSEPH BAPTISTE and                 )
ROGER RICHARD BONCY,                )
                                    )
          Defendants.               )
                                    )


           BEFORE THE HONORABLE ALLISON D. BURROUGHS
                 UNITED STATES DISTRICT JUDGE


                       STATUS CONFERENCE

                       March 17, 2020



        John J. Moakley United States Courthouse
                   Courtroom No. 17
                   One Courthouse Way
              Boston, Massachusetts  02210
```

```
                              Kelly Mortellite, RMR, CRR
                              Official Court Reporter
                              One Courthouse Way, Room 3200
                              Boston, Massachusetts  02210
                              mortellite@gmail.com
```

```
 1    APPEARANCES:

 2    On Behalf of the Government:
      Kriss Basil
 3    United States Attorney's Office MA
      1 Courthouse Way
 4    Suite 9200
      Boston, MA 02210
 5    617-748-3387
      kriss.basil@usdoj.gov
 6
      PARTICIPATING VIA TELECONFERENCE:
 7    On Behalf of the Government:
      Elina Rubin Smith
 8    US Department of Justice
      1400 New York Ave NW
 9    Washington, DC 20005
      202-616-1617
10    elina.rubin-smith@usdoj.gov

11    On Behalf of the Defendant Joseph Baptiste:
      William W. Fick
12    Daniel N. Marx
      Fick & Marx LLP
13    24 Federal Street, 4th Flr.
      Boston, MA 02110
14    857-321-8360
      wfick@fickmarx.com
15    dmarx@fickmarx.com

16    On Behalf of the Defendant Roger Richard Boncy:
      Jared E. Dwyer
17    Greenberg Traurig, P.A.
      333 S.E. 2nd Avenue
18    Miami, FL 33131-3238
      305-579-0564
19    dwyerje@gtlaw.com

20

21

22

23

24

25
```

```
 1                    P R O C E E D I N G S
 2              (The following proceedings were held in open court
 3   before the Honorable Allison D. Burroughs, United States
 4   District Judge, United States District Court, District of
 5   Massachusetts, at the John J. Moakley United States Courthouse,
 6   One Courthouse Way, Courtroom 17, Boston, Massachusetts, on
 7   March 17, 2020.)
 8              COURTROOM CLERK:  Can I have everybody identify
 9   themselves that's on the line.
10:46 10        MS. RUBIN SMITH:  Good morning.  This is Elina Rubin
11   Smith on behalf of the United States.
12              MR. FICK:  Bill Fick and Dan Marx on behalf of Dr.
13   Baptiste.
14              MR. DWYER:  Good morning.  Jed Dwyer on behalf of
15   Richard Boncy.
16              COURTROOM CLERK:  Okay.  Thanks.  We're going to get
17   started shortly, okay?  And can I just remind everybody also to
18   identify themselves before they speak, just so the court
19   reporter can take it down accurately.
10:46 20        (Judge takes bench.)
21              (Case called to order.)
22              COURTROOM CLERK:  Will counsel identify themselves for
23   the record.
24              MR. BASIL:  Good morning, Your Honor.  Kriss Basil for
25   the United States.
```

|   |   |
|---|---|
| 1 | MS. RUBIN SMITH:  Elina Rubin Smith on behalf of the |
| 2 | United States appearing telephonically. |
| 3 | MR. FICK:  Good morning, Your Honor.  Bill Fick and |
| 4 | Dan Marx appearing telephonically for Dr. Baptiste. |
| 5 | MR. DWYER:  Good morning.  Jed Dwyer on behalf of |
| 6 | Richard Boncy appearing telephonically. |
| 7 | THE COURT:  I just want you to know that Mr. Basil is |
| 8 | here in a suit and I am here in basically sweatpants.  He is |
| 9 | the most professional-looking one in the building. |
| 10:49  10 | We need a new trial date.  I was hoping for something |
| 11 | quick, but I think the current circumstances are pushing me |
| 12 | off.  What do you guys think about June? |
| 13 | MR. BASIL:  Your Honor, I have a conflict the week of |
| 14 | June 29. |
| 15 | THE COURT:  I was hoping to do it the first two or |
| 16 | three weeks of June. |
| 17 | MR. BASIL:  I can do that, Your Honor.  I don't know |
| 18 | about the others. |
| 19 | MS. RUBIN SMITH:  Your Honor, this is Elina Rubin |
| 10:50  20 | Smith.  I'm in the same situation.  I have a conflict the last |
| 21 | week of June, but as long as we are done before that, the first |
| 22 | two or three weeks, that should be fine. |
| 23 | THE COURT:  I have a conflict the last week of June, |
| 24 | too, so no worries about that.  Defense? |
| 25 | MR. FICK:  So Your Honor, for Dr. Baptiste, William |

1    Fick.  That's I think an ambitious schedule.  Sort of thinking
2    out loud here, we will -- well, first of all, we don't even
3    right now have a complete copy of the discovery because the
4    material we got from Mr. LaRoche is -- well, it is what it is,
5    but it's not a complete copy of discovery.
6             You know, our understanding is this is voluminous,
7    there's stuff in four languages.  We have a lot of work to do
8    to get ready for a trial, number one.  Number two, our current,
9    sort of the scope of my engagement with our client is to cover
10:51 10  post-trial matters and any appeal, so we have to have a
11   discussion with him about that and sort of just the terms and
12   resources for our engagement going forward.
13            I think also we would need to know whether the
14   government is going to appeal the court's decisions.  Because
15   if that's going to happen, that's obviously going to change
16   everything.  And then of course we're all sort of up in the air
17   because of the current Covid 19 situation, which makes it
18   difficult to do certain kinds of work more generally.
19            So, you know, our sort of gut reaction is that a June
10:52 20  trial date is not entirely realistic.
21            THE COURT:  Mr. Dwyer?
22            MR. DWYER:  Your Honor, I am open not the first week
23   of June but the weeks following.
24            THE COURT:  Did this take us the full two weeks to try
25   the first time?  Does anybody remember?

1          MR. BASIL: It did, roughly, Your Honor. It took I
2   think nine full days.
3          MR. FICK: I know, just continuing to sort of think
4   out loud here -- this is Bill Fick. I mean, given the current
5   sort of world lockdown situation, just even being able to
6   contact witnesses, do investigation, the kinds of things that
7   we pointed out Mr. LaRoche didn't do that we feel we need to
8   do, it's hard to imagine how we could possibly do that in the
9   state between now and June because the world is locked down.
10:53 10          THE COURT: You shouldn't have trouble finding
11  anybody. They're all in their houses, except for me and Mr.
12  Basil.
13          MR. FICK: You know, hiring an investigator who can
14  actually go outdoors and talk to them is sort of a whole other
15  question.
16          THE COURT: Well, if I don't try it in June and my
17  schedule stays the way it is, I can't try it until September.
18  And I am unwilling to let it go to September. So I'll transfer
19  it to another judge, and you'll take your chances.
10:53 20          MR. FICK: Sorry. You would transfer it -- rather
21  than doing it yourself in September, you would transfer it to
22  another judge? I'm sorry. This is Mr. Fick again.
23          THE COURT: I will. I'm not going to sit on this
24  until September. I mean, I was planning on scheduling it for
25  April.

1           MR. FICK:  Your Honor, this is Mr. Fick again.  There
2   is no way we could do an effective representation at a trial in
3   this case in April since we don't even have the discovery.  The
4   Corona virus I suppose makes that moot.  May I inquire or ask
5   the court to inquire of the government whether they've made a
6   decision about an appeal.  Obviously that would have the effect
7   of freezing everything in place.
8           MR. BASIL:  No decision has been made.
9           THE COURT:  What's the deadline?
10:54 10    MR. BASIL:  30 days from the court's decision.
11          THE COURT:  Where are we now?
12          MR. BASIL:  Could you please repeat, Your Honor.  I
13  didn't hear.
14          THE COURT:  Where are we now in the 30 days?
15          MR. BASIL:  I believe Your Honor decided one week ago
16  Wednesday.
17          THE COURT:  All right.  Well, I am -- I'm just fully
18  booked for July and August, so I'm going to schedule it for
19  June, and I'm going to schedule another status when the 30 days
10:55 20 are up.  And if you can't be ready in June, Mr. Fick, I'll
21  transfer it to another judge.
22          MR. FICK:  Thank you, Your Honor.
23          THE COURT:  All right.  Mr. Dwyer, you said you were
24  busy the first week in June?
25          MR. DWYER:  Yes, Your Honor.  Let me just look real

```
 1   quickly.
 2           MR. BASIL:  Your Honor, mind if I --
 3           MR. DWYER:  I could be available starting the 4th.
 4           MR. FICK:  Your Honor, this is Mr. Fick again.  We
 5   have a trial in front of Judge Young that's scheduled to begin
 6   in late May continuing into early June.  We've asked to
 7   continue it jointly with the government.  There's no ruling on
 8   that yet, but currently it's on the schedule for us at that
 9   time.
10:56 10         THE COURT:  Well, I'm going to schedule this for June
11   8.
12           MR. DWYER:  Okay.
13           THE COURT:  Then if the government decides to appeal
14   it, obviously that will push it off.  And if, you know, I get
15   anything else that shakes loose in July, I'm willing to do it
16   then, but at the moment I don't.  I'm just not free again until
17   September.  And of course I don't know how long the current
18   situation is going to go, so we'll revisit it if the courthouse
19   doesn't open up for jury trials in a reasonable timeframe.
10:57 20         All right?  So do you know the date we issued the
21   opinion?
22           COURTROOM CLERK:  11th.
23           THE COURT:  Can you schedule something 30 or so days
24   after that, Karen.
25           COURTROOM CLERK: Yes.  For a status?
```

| | |
|---|---|
| 1 | THE COURT:  Yeah. |
| 2 | COURTROOM CLERK:  How about Tuesday the 14th? |
| 3 | THE COURT:  Tuesday the 14th.  Happy to do it by |
| 4 | phone.  Tuesday the 14th at 10:00 a.m.  By then we'll know if |
| 5 | the government is going to appeal or not, and we'll take it |
| 6 | from there. |
| 7 | MR. FICK:  14th of April?  This is Bill Fick.  I'm |
| 8 | sorry.  Is that the 14th of April? |
| 9 | COURTROOM CLERK:  Yes. |
| 10:58  10 | MR, FICK:  Okay.  And Your Honor, I trust the |
| 11 | government will be accommodating here, but can there be some |
| 12 | kind of a deadline for a reproduction of all the discovery to |
| 13 | us just to make sure that doesn't provide reason to hold |
| 14 | anything up. |
| 15 | MR. BASIL:  Mr. Fick is welcome to give me a call. |
| 16 | I'll do what I can personally.  As soon as I have a paralegal |
| 17 | who can bring the disks, I will give them to him.  I'm unsure |
| 18 | what he'd like me to do today. |
| 19 | THE COURT:  We're on such diminished staff in this |
| 10:58  20 | building.  I don't know how quickly he can do that.  But in |
| 21 | case you didn't hear him, he said you should give him a call |
| 22 | and he is prepared to be accommodating, as accommodating as he |
| 23 | can be in current circumstances. |
| 24 | MR. FICK:  Okay.  Thank you. |
| 25 | THE COURT:  Mr. Dwyer, maybe you could burn a copy of |

```
 1  the CD and give it to him.
 2          MR. BASIL:  Mr. Dwyer has a complete copy.
 3          MR. DWYER:  I'm sorry.  I missed that, Mr. Basil.
 4          THE COURT:  He says that you have a complete copy of
 5  the discovery, which I presume to be true, so maybe it would be
 6  more efficient for you to send Mr. Fick and Mr. Marx a copy of
 7  the discovery while the government is laboring under current
 8  circumstances in this building.
 9          MR. DWYER:  Yeah, I can provide what it is that I
10  have, Your Honor, give him a copy.
11          THE COURT:  All right.  We'll see where we are in
12  mid-April when we have the status.  But I just -- it's just not
13  fair to the government to not have this trial until September.
14          All right?  Anything else for today?
15          MR. BASIL:  Not from the United States, Your Honor.
16  Thank you.
17          MR. FICK:  No, Your Honor.  Thank you.
18          MR. DWYER:  Nothing for me.  Thank you.
19          THE COURT:  All right, everyone.  Stay safe.  The case
20  is recessed.
21          (Adjourned, 11:00 a.m.)
22
23
24
25
```

(Timestamps: 10:59 at line 10; 11:00 at line 20)

```
 1                CERTIFICATE OF OFFICIAL REPORTER

 2

 3           I, Kelly Mortellite, Registered Merit Reporter

 4   and Certified Realtime Reporter, in and for the United States

 5   District Court for the District of Massachusetts, do hereby

 6   certify that the foregoing transcript is a true and correct

 7   transcript of the stenographically reported proceedings held in

 8   the above-entitled matter to the best of my skill and ability.

 9                Dated this 19th day of March, 2020.

10

11                /s/ Kelly Mortellite

12                _____

13                Kelly Mortellite, RMR, CRR

14                Official Court Reporter
```